**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 7179

| In the Matter of | Case Number: |
|---|---|
| DR. HANSEL DEBARTOLO VS. SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND | JUDGE ZAGEL MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DR. HANSEL DEBARTOLO, PLAINTIFF

| NAME (Type or print) |
|---|
| STUART P. KRAUSKOPF |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ STUART P. KRAUSKOPF |
| FIRM |
| THE LAW OFFICES OF STUART P. KRAUSKOPF |
| STREET ADDRESS |
| 30 N. LASALLE ST., SUITE 3124 |
| CITY/STATE/ZIP |
| CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 41590 | 312-377-9592 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐