RCC

FILED
DECEMBER 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 7179

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DR. HANSEL DEBARTOLO
VS.
SUBURBAN TEAMSTERS OF NORTHERN
ILLINOIS WELFARE FUND

Case Number:

JUDGE ZAGEL
MAGISTRATE JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DR. HANSEL DEBARTOLO, PLAINTIFF

| | |
|---|---|
| NAME (Type or print) | |
| MICHAEL A. SCHNITZER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ MICHAEL A. SCHNITZER | |
| FIRM | |
| THE LAW OFFICES OF STUART P. KRAUSKOPF | |
| STREET ADDRESS | |
| 30 N. LASALLE ST., SUITE 3124 | |
| CITY/STATE/ZIP | |
| CHICAGO, IL 60602 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 41590 | 312-377-9592 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐