DATE: 3-7-97

NAME: Jimmy W Null

I assign my medical benefits and rights from Teamsters Local No 142

to Dr. H.M. DeBartolo Jr., for services rendered.

_Jimmy W Null_
Signature of Insured

EXHIBIT
A