## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DR. HANSEL M. DeBARTOLO | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 7179 |
| | ) | |
| v. | ) | JUDGE ZAGEL |
| | ) | MAGISTRATE JUDGE KEYS |
| SUBURBAN TEAMSTERS OF NORTHERN | ) | |
| ILLINOIS WELFARE FUND, | ) | |
| | ) | |
| Mutual Group. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the undersigned will bring on the attached *Motion of Defendant Suburban Teamsters of Northern Illinois Welfare Fund to Dismiss Complaint* for hearing before Judge Zagel at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, in Court Room 2503 on the 20th day of March 2008, at 10:15 a.m. or as soon thereafter as counsel can be heard.

By:    /s/ Librado Arreola
       Librado Arreola

Librado Arreola (la@ulaw.com)
IL ARDC # 6203323
ASHER, GITTLER, GREENFIELD
& D'ALBA, LTD.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606
(312) 263-1500
(312) 263-1520 fax

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Motion, Motion of Defendant Suburban Teamsters of Northern Illinois Welfare Fund to Dismiss Complaint and Memorandum of Law* were served pursuant to ECF as to filing users and according to Local Rule 5.5 as to any party who is not a filing user or represented by a filing user, on this 13th day of March 2008, by first-class, postage prepaid mail, to the following by depositing same in the U.S. Postal Service mail depository located at 200 W. Jackson Blvd., Chicago, IL 60606:

Lindsay M. Malitz, Esq.
The Law Offices of Stuart P. Krauskopf
30 N. LaSalle Street, Suite 3124
Chicago, IL 60602

/s/ Librado Arreola
Librado Arreola