UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. HANSEL M. DeBARTOLO | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 7179 |
| | ) | |
| v. | ) | JUDGE ZAGEL |
| | ) | MAGISTRATE JUDGE KEYS |
| SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND, | ) ) | |
| | ) | |
| Mutual Group. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that the undersigned will bring on the attached *Motion of Defendant Suburban Teamsters of Northern Illinois Welfare Fund for a More Definite Statement* for hearing before Judge Zagel at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, in Court Room 2503 on Tuesday, the 13th day of May 2008, at 10:15 a.m. or as soon thereafter as counsel can be heard.

By:　/s/ Librado Arreola
　　　Librado Arreola

Librado Arreola (la@ulaw.com)
IL ARDC # 6203323
ASHER, GITTLER, GREENFIELD
 & D'ALBA, LTD.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606
(312) 263-1500
(312) 263-1520 fax

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Motion, Motion of Defendant Suburban Teamsters of Northern Illinois Welfare Fund for a More Definite Statement* were filed with the Clerk of the Court and served pursuant to ECF as to filing users and according to Local Rule 5.5 as to any party who is not a filing user or represented by a filing user, on this 6th day of May 2008.

/s/ Librado Arreola
Librado Arreola