UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M DeBARTOLO )<br>)<br>Plaintiff, )<br>) <br>) <br>v. )<br>SUBURBAN TEAMSTERS OF NORTHERN )<br>ILLINOIS WELFARE FUND )<br>) <br>Defendant. ) | Case No. 07 C 7179<br><br>Judge Zagel<br><br>Magistrate Judge Keys |

**NOTICE OF MOTION**

To:   Librado Arreola
      Asher, Gitter, Greenfield & D'Alba, Ltd.
      200 W. Jackson Blvd., Suite 1900
      Chicago, IL 60606
      la@ulaw.com

  PLEASE TAKE NOTICE that on May 22, 2008, at 10:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Zagel, or whomever may be sitting in his stead, in Room 2503 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL and then and there present the attached MOTION FOR SUBSTITUTION OF ATTORNEYS, a copy of which has been served on you.

            Respectfully submitted,

            s/Stuart P. Krauskopf
            Stuart P. Krauskopf

Stuart P. Krauskopf
Lindsay M. Malitz
Michael A. Schnitzer
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve the electronically filed document on the following attorney of record:

Librado Arreola
la@ulaw.com

                Respectfully submitted,

                s/Stuart P. Krauskopf
                  Stuart P. Krauskopf

Stuart P. Krauskopf
Lindsay M. Malitz
Michael A. Schnitzer
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590

2