UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Hansel M DeBartolo
                                                          Plaintiff,
v.                                                        Case No.: 1:07−cv−07179
                                                          Honorable James B. Zagel
Suburban Teamsters of Northern Illinois Welfare
Fund
                                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 19, 2008:

    MINUTE entry before the Honorable James B. Zagel:Motion hearing for 5/22/2008 is stricken. Motion to substitute attorney [18] is granted. Attorney Stuart Philip Krauskopf and Michael A. Schnitzer terminated. Mailed notice(drw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.