IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. HANSEL M. DeBARTOLO | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 7179 |
| | ) | |
| v. | ) | JUDGE ZAGEL |
| | ) | |
| SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND, | ) ) | MAGISTRATE JUDGE KEYS |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

Please take notice that on Thursday, June 12, 2008, I caused to be electronically filed with the Clerk of the District Court at the United States Courthouse, at 219 S. Dearborn, Chicago, Illinois, the attached *Answer of Defendant Suburban Teamsters of Northern Illinois Welfare Fund to First Amended Complaint*, a copy of which is attached and herewith served upon you.

/s/Librado Arreola
Librado Arreola

Librado Arreola
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606
(312) 263-1500
Fax: (312) 263-1520
la@ulaw.com
ILARDC#6203323

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and accurate copy of the foregoing *Notice of Filing* and the accompanying *Answer of Defendant Suburban Teamsters of Northern Illinois Welfare Fund to First Amended Complaint*, were served pursuant to ECF as to filing users on this 12th day of June 2008 upon the following counsel:

Talbot C. Hoevel
Hoevel & Associates, PC
3725 N. Western Avenue
Chicago, IL 60618

/s/Librado Arreola
Librado Arreola
Local Counsel

Librado Arreola
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606
(312) 263-1500
Fax: (312) 263-1520
la@ulaw.com
ILARDC#6203323