UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. HANSEL M. DeBARTOLO | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 7179 |
| | ) | |
| v. | ) | JUDGE ZAGEL |
| | ) | |
| SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND, | ) ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND'S MOTION FOR SUMMARY JUDGMENT**

Now comes Defendant, Suburban Teamsters of Northern Illinois Welfare Fund (hereinafter "Defendant" or "Fund"), by its Attorneys, Barry G. Collins and Librado Arreola of Asher, Gittler, Greenfield & D'Alba, Ltd., and hereby moves this court for summary judgment pursuant to Rule 56 of the Federal Rule of Civil Procedure, as there exists no issue of material fact and this matter may be resolved as a matter of law.

Support for this motion is found in the attached Defendant's Statement of Material Facts and the accompanying Memorandum in support of this motion.

WHEREFORE, Defendant respectfully requests that this Court grants its motion for summary judgment.

Respectfully submitted,

Defendant SUBURBAN TEAMSTERS OF
NORTHERN ILLINOIS WELFARE FUND,
/s/ Librado Arreola
Librado Arreola

Librado Arreola (la@ulaw.com) IL ARDC # 6203323
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard, Suite 1900
Chicago, IL 60606
(312) 263-1500 – phone